## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDUARD HERRERA CARVAJAL, | : |
| *Petitioner,* | : |
| | : |
| v. | : CIVIL NO. 26-2804 |
| | : |
| JAMAL L. JAMISON et al., | : |
| *Respondents.* | : |
| | : |

## ORDER

**AND NOW,** this **1st** day of **May 2026,** upon consideration of Eduard Herrera Carvajal's Petition for a Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the Petition is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. The Government shall release Mr. Herrera Carvajal from custody immediately and file a certificate of compliance on the docket no later than **5:00 p.m. on May 1, 2026**.

2. The Government is enjoined from detaining Mr. Herrera Carvajal under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/S/ Kai N. Scott

**HON. KAI N. SCOTT**
**United States District Court Judge**